**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **RYAN SAMUEL SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 18-cv-00742 (APM)** |
| | ) | |
| **LYDIA KAY GRIGGSBY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MEMORANDUM OPINION

In this action removed from D.C. Superior Court, Plaintiff Ryan Smith brings suit against The Honorable Lydia Kay Griggsby, a judge on the United States Court of Claims. The United States has properly substituted itself as defendant for Judge Griggsby. *See* 28 U.S.C. § 2679(d)(1). The United States moves to dismiss on a host of grounds under Rule 12 of the Federal Rules of Civil Procedure. *See* Def.'s Mot. to Dismiss, or in the Alternative, for Summ. J., ECF No. 6. The court issued a *Fox* order to Plaintiff on August 23, 2018, *see* Order, ECF No. 7, but Plaintiff did not file a response. The United States' Motion is granted for a host of reasons.

*First*, this court lacks personal jurisdiction over Judge Griggsby, as Plaintiff has not served her personally as required under Rule 4(i). *See Simpkins v. District of Columbia Gov't*, 108 F.3d 366, 368–69 (D.C. Cir. 1997). Service by mail to her office is not sufficient. *See Khan v. Holder*, 134 F. Supp. 3d 244, 251 (D.D.C. 2015). Likewise, Plaintiff has not properly served the United States under Rule 4(i). Accordingly, this case is dismissed pursuant to Rule 12(b)(5).

*Second*, Judge Griggsby, and hence the United States, is absolutely immune from suit for any claim arising out of her dismissal of Plaintiff's action before the Federal Court of Claims. *See Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985); 28 U.S.C § 2674.

*Finally,* Plaintiff fails to state a claim. *See* Fed. R. Civ. P. 12(b)(6). Plaintiff's Complaint is inscrutable: "Proceed within federal claim 17-793c. Illegal communication by Interfere. Proper personnel to motion forward and bring forth all information." Compl., ECF No. 1-1. He therefore fails to satisfy even the minimum pleading standard of Rule 8.

For the foregoing reasons, Defendant's Motion to Dismiss is granted, and the court dismisses this action. A separate final, appealable order accompanies this Memorandum Opinion.

Dated: December 10, 2018

Amit P. Mehta
United States District Judge